UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re

    Linda Marsh

Bk. No. 16 -11226 B
(Chapter 7)

Debtor

Debtor's Objection
to
Application By Trustee For Order Settling Controversy

    I am the attorney for the herein debtor in this case. The 'Application By Trustee For Order Settling Controversy', filed herein on January 11, 2017 and returnable before this court on February 06, 2017, seeks to settle debtor's personal injury claim prosecuted through the Offices of William Matter, Esq.

    Said Trustee Application fails to account for debtor's personal injury exemption claim thereon of $23,675.00, claimed per 11 U.S.C. 522 (d) (11) at Schedule C of debtor's petition, (the personal injury exemption), and contained in the amendments filed in this case on November 10, 2016.

    On this basis of the foregoing, debtor objects to Trustee's herein Application and requests that it either be amended to account for the above cited exemption, or be denied.

Date: Buffalo, New York
       January 27, 2017

DAVID F. BUTTERING, Esq.
Attorney for Debtor
919 Kenmore Ave.
Buffalo, N.Y. 14223
(716) 877-4490

To: Chapter 7 Trustee;
    Office of U.S. Trustee

# AFFIDAVIT OF SERVICE

In re: Linda Marsh
B.K. #: 16-11226 B

STATE OF NEW YORK ) 
COUNTY OF ERIE ) ss:

Roxanne Cochran, being duly sworn, deposes and says:

Deponent is not a party to the above matter, is over 18 years of age, and is employed at 919 Kenmore Ave., Buffalo, N.Y.

That on January 27, 2017, deponent served the Debtor's Objection to Application By Trustee For Order Settling Controversy in this case upon:

| | |
|---|---|
| Office U.S. Trustee<br>attn: Joseph Allen, Esq.<br>300 Pearl St.<br>4th floor<br>Buffalo, NY 14202 | Morris Horwitz, Esq.<br>Chapter 7 Trustee<br>P.O. Box 716<br>Getzville, N.Y. 14068 |

at the address designated by them for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Roxanne Cochran