# EXHIBIT A



# INVOICE

**Synergy Settlement Services, Inc.**
911 Outer Rd
ORLANDO FL 32814
Phone: 407-279-4809
TIN: 26-2241253

DATE: 1/20/2017
INVOICE #:

**Bill To:**
William Mattar, PC
6720 Main St Ste 100
WILLIAMSVILLE NY 14221

Due Date: 2/19/2017

Case Reference:

| DESCRIPTION OF SERVICES | AMOUNT |
|---|---|
| Medicare Audit & Verification | 1,250.00 |
| **TOTAL** | **$1,250.00** |
| **PAYMENTS** | **$0.00** |
| **BALANCE DUE** | **$1,250.00** |

Please make all checks payable to Synergy Settlement Services.

//Lien Settlement Solutions//MSA Settlement Solutions//
//Settlement Asset Management//Settlement Solutions National Pooled Trust//
//Synergy Settlement Consulting//

THANK YOU FOR YOUR BUSINESS!